UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY C. JONES, | No. 2:14-cv-1600-EFB P |
| Petitioner, | |
| v. | ORDER |
| 104th CONGRESS, et al., | |
| Respondents. | |

Petitioner is a federal prisoner incarcerated in Atwater Penitentiary, in Merced County, California. He proceeds pro se and has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, together with a request to proceed in forma pauperis.

Merced County is part of the Fresno Division of the United States District Court for the Eastern District of California. *See* Local Rule 120(d). Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of that court. As a petition under § 2241 "must be addressed to the district court which has jurisdiction over [petitioner] or his custodian," *Brown v. United States*, 610 F.2d 672, 677 (9th Cir.1980), this action will be transferred to the Fresno Division of this court. The court has not ruled on petitioner's request to proceed in forma pauperis.

/////

1  Accordingly, it is hereby ordered that:

2  1. This action is transferred to the district court in Fresno.

3  2. The Clerk of Court shall assign a new case number.

4  3. All future filings shall bear the new case number and shall be filed at:

      United States District Court
      Eastern District of California
      2500 Tulare Street
      Fresno, CA 93721

Dated: July 28, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE